AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

RECEIVED
JUL 05 2024
United States Marshals Service
District of Alaska

United States of America
v.

Roger Alan Holmberg Sr.

*Defendant*

Case No. 3:24-mj-00309-MMS

USMS - D/ALASKA - WARRANTS
FID # 11691676
WARRANT # 2406-0105-0470-J
Entered NCIC  No
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Roger Alan Holmberg Sr.,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached complaint

Date: July 3, 2024

City and state: Anchorage, Alaska

Hon. Matthew M. Scoble, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/05/2024, and the person was arrested on *(date)* 7/2/2024
at *(city and state)* Anchorage, AK.

Date: 7/8/2024

for SA. M. Herkless
*Arresting officer's signature*

G. Onen (USMS) for M. Herkless (FBI)
*Printed name and title*